RECEIVED
IN LAFAYETTE, LA.

SEP 15 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:10CR00283 |
| | * | 18 U.S.C. § 2 |
| | * | 18 U.S.C. § 371 |
| VERSUS | * | 18 U.S.C. § 1343 |
| | * | JUDGE MINALDI |
| | * | |
| SHERRIE SHORTEN and | * | MAGISTRATE JUDGE KAY |
| ALAN PARSONS, a/k/a | * | |
| A. J. PARSONS, a/k/a "Bull" | * | |

## INDICTMENT

**THE FEDERAL GRAND JURY CHARGES:**

### COUNT 1

#### Conspiracy
#### [18 U.S.C. §§ 371 and 2]

**A.** **Introduction - At all times material herein:**

1. On September 13, 2008, Hurricane Ike hit the southwest coast of Louisiana.

2. Kenneth and Renee Loup resided at 512 Audrey Street in Sulphur, Louisiana.

3. Due to the fact that Hurricane Ike damaged their residence, they applied for a Small Business Association (SBA) loan and were approved for that loan in the amount of $126,300 on December 12, 2008.

4. Defendant, SHERRIE SHORTEN, had a company called AFS Financial.

5. Defendant, ALAN PARSONS, a/k/a "Bull," had a company called U. S. Expedited, which was the company responsible for the repair and construction of the Loups' residence.

**B.    The Conspiracy:**

Beginning in December of 2008 and continuing through September of 2009, in the Western District of Louisiana, the defendants, SHERRIE SHORTEN and ALAN PARSONS, a/k/a A. J. PARSONS, a/k/a "Bull," did knowingly, willfully, and unlawfully combine, confederate, conspire, and agree together to commit the following offenses against the United States, to-wit: wire fraud, in violation of Title 18, United States Code, Section 1343. [18 U.S.C. § 1343].

**C.    Object of the Conspiracy:**

It was the object of the conspiracy to gain control of the Loups' SBA loan proceeds, so that the proceeds could be converted to the defendants' own personal use.

**D.    The Manner and Means of the Conspiracy:**

1. On February 4, 2009, Kenneth and Renee Loup signed a limited Power of Attorney with AFS Financial, giving AFS Financial authority to conduct business with the SBA regarding the loan.

2. The defendant, SHERRIE SHORTEN, then had the Loups open a joint checking account with her at MidSouth Bank, so that the SBA could make loan disbursements into that account (last four numbers 6060). SBA disbursements totaling $126,300 were deposited into that account.

3. In order to satisfy the SBA's disbursement requirements, the defendant, SHERRIE SHORTEN, faxed false and fraudulent receipts and false and fraudulent itemized expenses to the SBA, so that additional disbursements would be made.

4. The defendant, SHERRIE SHORTEN, then wrote checks drawn on the joint MidSouth Bank account to AFS Financial and to U.S. Expedited totaling $126,300.

E.  **Overt Acts:**

In furtherance of the conspiracy and to effect the objects thereof, the defendants, SHERRIE SHORTEN and ALAN PARSONS, a/k/a A. J. PARSONS, a/k/a "Bull," performed or caused to be performed the following overt acts among others:

The allegations contained in Counts 2-6 of this Indictment are re-alleged an incorporated herein as constituting overt acts in furtherance of the conspiracy, all in violation of Title 18, United States Code, Sections 371 and 2. [18 U.S.C. §§ 371 and 2].

## COUNTS 2-6

### Wire Fraud
### [18 U.S.C. §§ 1343 and 2]

A.  The grand jury adopts and incorporates by reference the allegations contained in Count 1 as constituting a scheme and artifice to defraud.

B.  On or about the dates specified below, in the Western District of Louisiana, and elsewhere, the defendants, SHERRIE SHORTEN and ALAN PARSONS, a/k/a A.J.

PARSONS, a/k/a "Bull," having devised and intended to devise the above-described scheme and artifice to defraud, to obtain money through false and fraudulent representations, pretenses and promises, and for the purposes of executing and attempting to execute the scheme, did knowingly transmit or cause to be transmitted by means of wire communications and interstate commerce, certain signals, signs and sounds as more fully described below:

| Count | Date | Description |
|---|---|---|
| 2 | 03/09/2009 | A fax from AFS Financial in Sulphur, LA to Bruce Cheung with the SBA at 202-481-0173 (Washington D.C.) - with attached documents to support the loan authorization and agreement. |
| 3 | 05/04/2009 | A fax from AFS Financial in Sulphur, LA to Duane Deese with the SBA at 817-684-5608 (Ft. Worth, Texas) - with attached documents and receipts to support the loan authorization and agreement. |
| 4 | 05/06/2009 | A fax from AFS Financial in Sulphur, LA to Duane Deese with the SBA at 817-684-5608 (Ft. Worth, Texas) - with attached cancelled checks. |
| 5 | 07/03/2009 | A fax from AFS Financial in Sulphur, LA to Michael Parker with SBA at 202-481-4131 (Washington D.C.) – with attached documents/receipts to support the loan authorization and agreement. |
| 6 | 08/07/2009 | A fax from AFS Financial in Sulphur, LA to Michael Parker with SBA at 202-481-4131 (Washington D.C.) – with attached documents/receipts to support the loan authorization agreement. |

all in violation of Title 18, United States Code, Sections 1343 and 2. [18 U.S.C. §§ 1343 and 2].

A TRUE BILL:

**REDACTED**

STEPHANIE A. FINLEY
United States Attorney

By: _____
KELLY P. UEBINGER (Bar No. 21028)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618